UNITED STATES DISTRICT COURT
MIDDLE DISTRICT
Jacksonville, Division

DONNIE J. JACKSON, JR. v. FDC & FSP STAFF

EMERGANCY INJUNCTION
& DECLARATION

3:23CV410-BJC-MCR

ALL EVIDENCE AND CONTENT SUPPORTING AS FOLLOWS;

Legal Mail
Provided to Florida State Prison on 4/4/23 for mailing by [signature]

FILED 2023 APR 10 PM 1:50
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

NO. 3:23-CV-355

DECLARATION
Witness Statement
(Affidavit)

I, Donnie James Jackson, Jr. #083419, (a.k.a. Ben-Shalom Yisrael-Benyahweh), has submitted the statement of facts to be true and correct as an affidavit & declaration as follows;

I AM SUBJECT TO BE KILLED BY STAFF, HOSPITALIZED, STARVED, DENIED MEDICAL TREATMENT BY SYSTEMIC RACIST OFFICIALS DUE TO THIS COMPLAINT RESENTLY FILED. MY LIFE & BLOOD IS IN THE HAND OF THIS COURT BEFORE & AFTER THIS CASE IS PROCESSED HENCEFORTH.

The Plaintiff is being Religiously Persecuted and being racistly descrimated with prejudice as a target sanctioned by staff members & employees violating the 1st Amendment Rights afforded to all U.S. Citizens & other Human Right nomatter bond, free, religion, creed, or race. It has got to the point of the plaintiff being in fear of his life contacting familymembers, spiritual advisers & this court for help. They're tagteaming switchin up officers to confuse inmates and not wearing name tags.

The Officer picking up mail looked over cell #1218 mail on the floor per Pelco Camera Video after picking up my mail off the floor. I called him back to bring me a request and he said he would. I stayed up until he could return with the request, to advise him informally that he missed cell #1218 mail. It looked obvious that he picked up my mail to be & censored or read before going out or stolen. I am documenting when I sent those documents home 4-4-23. Also I have not received my request back from classification for my 6-month printout since 3-6-23. Also the Lt. came to my door per audio & camera to address my situation concerning the chaplain & Kitchen not supplementing bread, dough, & yeast, on 4-4-23. To no avail, the situation was a deliberate indifference sanctioned by Foodservice, security, & the chaplain according to the Lieutenant. He also stated that he don't understand why they're changing the Hebrew Israelites Feast of Unleaven Bread's date. P.E.E.S.S. Foundation or no memos to Hebrew Israelite practitioners than a change authorized by the Nation of Yahweh altered the High Holy Day event. These policies and deliberate indifferences are violating statutes & the U.S.C. 1st Amendment as a burden to all Hebrew Israelite inmates at Florida State Prison.

Under the Penalty of Perjury the above statement are true & correct as an declaration.

Donnie James Jackson, Jr.
Donnie James Jackson, Jr. #H083419

NOTARY APPROVED



RYAN T. SHEETS
Notary Public
State of Florida
Comm# HH232699
Expires 2/22/2026

Certificate of Service

I hereby Certify that the aforgoing is a true (handwrit) copy sent by U.S. Mail to: Clerk of Court, Unite States District Court, 300 N. Hogans Street, # Suite 9-150, Jacksonville, Fla. 32202-4217, on this 4th day of April, 2023.

Donnie James Jackson, Jr.
Donnie James Jackson, Jr. #083419
Fla. State Prison
P.O. Box #800
Raiford, Fla. 32083

NOTARY PUBLIC PROVIDED: